**THE OTTINGER FIRM, P.C.**
Robert W. Ottinger (SBN 156825)
Daniel H. Galindo (SBN 322260)
535 Mission Street
San Francisco, CA 94105
robert@ottingerlaw.com
danielg@ottingerlaw.com
Tel: 415-325-2088
Fax: 212-571-0505

**ADVOCATES FOR WORKER RIGHTS LLP**
MARCO A. PALAU (Bar No. 242340)
  marco@advocatesforworkers.com
JOSEPH D. SUTTON (Bar No. 269951)
  jds@advocatesforworkers.com
ERIC S. TRABUCCO (Bar No. 295473)
  est@advocatesforworkers.com
212 9th Street, Suite 314
Oakland, California 94607
Telephone: (510) 269-4200
Facsimile: (408) 657-4684

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION

| | |
|---|---|
| ALICIA ARRENDONDO, individually and acting in the interest of other current and former employees,<br><br>Plaintiff,<br><br>vs.<br><br>SOUTHWESTERN & PACIFIC SPECIALITY FINANCE, INC.; CHECK 'N GO OF CALIFORNIA, INC. and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 1:18-CV-01737-DAD-SKO<br><br>**STIPULATION & ORDER RE: PLAINTIFF FILING A FIRST AMENDED COMPLAINT**<br><br>(Doc. 13) |

| | |
|---|---|
| 1 | |
| 2 | The parties to the above entitled action, through their respective counsel of record, hereby enter into the following stipulation: The parties stipulate that Plaintiff Alicia Arrendondo may file her First Amended Complaint in accordance with Labor Code § 2699. Plaintiff's First Amended Complaint adds a Labor Code § 2699 ("PAGA") cause of action and adds Southwestern & Pacific Specialty Finance, Inc. as a named Defendant. |

The parties to the above entitled action, through their respective counsel of record, hereby enter into the following stipulation: The parties stipulate that Plaintiff Alicia Arrendondo may file her First Amended Complaint in accordance with Labor Code § 2699. Plaintiff's First Amended Complaint adds a Labor Code § 2699 ("PAGA") cause of action and adds Southwestern & Pacific Specialty Finance, Inc. as a named Defendant.

IT IS SO STIPULATED.

Dated: May 23, 2019　　　　　　　　　　**ADVOCATES FOR WORKER RIGHTS LLP**

　　　　　　　　　　　　　　　　　　By:　　*/s/ Joseph D. Sutton*
　　　　　　　　　　　　　　　　　　　　　　Joseph D. Sutton
　　　　　　　　　　　　　　　　　　　　　　Attorney for Plaintiff

Dated: May 23, 2019　　　　　　　　　　**SHEPPARD MULLIN LLP**

　　　　　　　　　　　　　　　　　　By:　　*/s/ Jennifer Redmond*
　　　　　　　　　　　　　　　　　　　　　　Jennifer G. Redmond
　　　　　　　　　　　　　　　　　　　　　　Attorney for Defendants Southwestern &
　　　　　　　　　　　　　　　　　　　　　　Pacific Specialty Finance, Inc.

**ORDER**

Good cause appearing, the Court grants the parties' above stipulation. (Doc. 13.) Within fourteen (14) days of the date of this Order, Plaintiff may file her First Amended Complaint adding a Labor Code § 2699 ("PAGA") cause of action and adding Southwestern & Pacific Specialty Finance, Inc. as a named Defendant. Defendants shall file a responsive pleading within 21 days after service of the First Amended Complaint.

IT IS SO ORDERED.

Dated: **May 23, 2019** /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE