UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA ARREDONDO,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SOUTHWESTERN & PACIFIC SPECIALTY FINANCE, INC., et al.,<br><br>　　　　　Defendants. | No. 1:18-cv-01737-DAD-SKO<br><br>**ORDER GRANTING IN PART THE PARTIES' STIPULATED REQUEST**<br><br>**ORDER MODIFYING SCHEDULING ORDER**<br><br>**(Doc. 29)** |

On October 18, 2019, the parties filed a "Stipulation & Proposed Order Continuing Class Discovery Deadline and Class Certification Schedule." (Doc. 29.) In the stipulation, the parties represent that they have diligently pursued discovery but anticipate they will not be able to complete class certification discovery by the November 19, 2019 deadline due to discovery disputes, calendar conflicts, and motion practice related to the motion to compel arbitration filed in August 2019 and denied on September 23, 2019. (*See id.* at 2; Docs. 19, 25.) The parties also note that Plaintiff filed a motion to compel further discovery responses on October 14, 2019, which is set for hearing before the undersigned on November 6, 2019. (Doc. 28.) The parties request that the Court continue the dates in the Scheduling Order as follows:

　　1.　　Extend the class certification discovery deadline from November 19, 2019, to March

| | | |
|---|---|---|
| 1 | | 24, 2020. |
| 2 | 2. | Extend the deadline for filing the motion for class certification from December 17, 2019, to April 21, 2020. |
| 4 | 3. | Extend the deadline for filing any opposition to the motion for class certification from January 24, 2020, to May 19, 2020. |
| 6 | 4. | Extend the deadline for any reply brief in support of the motion for class certification from February 7, 2020, to June 2, 2020. |

(Doc. 29 at 2.)

The Court finds good cause to extend the deadlines in the scheduling order, but not to the extent requested by the parties, as the parties have not shown why an extension of approximately 120 days—extending the class certification discovery deadline to March 24, 2020—is necessary. Instead, the Court will extend the deadlines by 75 days, which will allow the parties until the beginning of February 2020 to complete class certification discovery.

Accordingly, for good cause shown, the Court GRANTS IN PART the parties' request and will modify the scheduling order and enlarge the deadlines to allow the parties further time to complete class certification discovery.

**It is ORDERED that the scheduling order, (Doc. 11), is hereby MODIFIED as follows:**

1. The class certification discovery deadline is continued from November 19, 2019 to **February 3, 2020.**
2. The deadline for filing the motion for class certification is continued from December 17, 2019, to **March 2, 2020.**
3. The deadline for filing any opposition to the motion for class certification is continued from January 24, 2020, to **April 8, 2020.**
4. The deadline for any reply brief in support of the motion for class certification is continued from February 7, 2020, to **April 22, 2020.**
5. The motion for class certification shall be heard on **May 5, 2020**, at 9:30 a.m., in Courtroom 5 before the Honorable Dale A. Drozd, United States District Judge.
6. The status conference to set further scheduling dates is continued from April 28,

2020, to **July 7, 2020**, at 9:30 a.m. in Courtroom 7 before United States Magistrate Judge Sheila K. Oberto.  Telephonic appearances are approved; all parties appearing telephonically shall call (888) 557-8511, access code 6208204# at the date and time for the conference.  By no later than June 30, 2020, the parties shall file and email to skoorders@caed.uscourts.gov in MS Word format a report providing (a) dates agreed to by all counsel for all remaining deadlines and (b) an updated status of the case.

IT IS SO ORDERED.

Dated: **October 18, 2019**              /s/ *Sheila K. Oberto*
                                         UNITED STATES MAGISTRATE JUDGE