UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA ARREDONDO,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>SOUTHWESTERN & PACIFIC SPECIALTY FINANCE, INC., et al.,<br><br>　　　　　　Defendants. | No. 1:18-cv-01737-DAD-SKO<br><br>**ORDER GRANTING THE PARTIES' STIPULATED REQUEST**<br><br>**ORDER MODIFYING SCHEDULING ORDER**<br><br>**(Doc. 35)** |

On December 18, 2019, the parties filed a stipulation requesting to continue the class certification discovery and briefing deadlines. (Doc. 35.) The parties represent that the *Belaire-West* notice procedure will not be concluded until "late January 2020," and the parties need additional time to conduct discovery once the process is concluded. (*Id.* at 2.)

Upon review of the parties' stipulation, (Doc. 35), for good cause shown, the Court GRANTS the parties' request and will enlarge the deadlines as follows:

1. The class certification discovery deadline is continued from February 3, 2020, to **May 4, 2020.**

2. The deadline for Plaintiff to file a motion for class certification and Defendant to file a motion to deny class certification is continued from March 2, 2020, to **June 1,**

**2020.**

3. The deadline for filing any opposition to the motion for class certification and/or the motion to deny class certification is continued from April 8, 2020, to **July 8, 2020.**

4. The deadline for any reply brief in support of the motion for class certification and/or the motion to deny class certification is continued from April 21, 2020, to **July 22, 2020.**

5. The motion for class certification and the motion to deny class certification shall be heard on **August 18, 2020**,[1] at 9:30 a.m., in Courtroom 5 before the Honorable Dale A. Drozd, United States District Judge.

6. The status conference to set further scheduling dates is continued from July 7, 2020, to **October 20, 2020**, at 9:30 a.m. in Courtroom 7 before United States Magistrate Judge Sheila K. Oberto. Telephonic appearances are approved; all parties appearing telephonically shall call (888) 557-8511, access code 6208204# at the date and time for the conference. By no later than October 13, 2020, the parties shall file and email to skoorders@caed.uscourts.gov in MS Word format a report providing (a) dates agreed to by all counsel for all remaining deadlines and (b) an updated status of the case.

IT IS SO ORDERED.

Dated: **December 19, 2019**  /s/ *Sheila K. Oberto*
UNITED STATES MAGISTRATE JUDGE

---

[1] The parties' proposed hearing date was changed to comport with the Court's scheduling preferences.

2