UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALICIA ARREDONDO, individually and acting in the interest of other current and former employees,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWESTERN & PACIFIC SPECIALTY FINANCE, INC., et al.,<br><br>Defendants. | No. 1:18-cv-01737-DAD-SKO<br><br>ORDER GRANTING PARTIES' STIPULATION TO DISMISS PLAINTIFF'S CLASS CLAIMS<br><br>(Doc. No. 38) |

On October 13, 2020, the parties filed a stipulation to dismiss plaintiff's class claims from this putative wage-and-hour class action without prejudice. (Doc. No. 38.) Therein, the parties have agreed that this action will proceed on plaintiff's individual claims and her representative claim under California's Private Attorneys General Act of 2004 ("PAGA"). (*Id.*)

Pursuant to the parties' stipulation and good cause appearing, it is hereby ordered that:

1. Plaintiff's class claims in this action are dismissed without prejudice; and
2. This action now proceeds only on plaintiff's individual claims and her representative PAGA claim.

IT IS SO ORDERED.

Dated:  **October 23, 2020**                           _____
                                                                              UNITED STATES DISTRICT JUDGE

1