**THE OTTINGER FIRM, P.C.**
ROBERT OTTINGER (SBN 156825)
535 Mission Street
San Francisco, CA 94133
Tel: (415) 262-0096
Fax: (212) 571-0505
Email: robert@ottingerlaw.com

**ADVOCATES FOR WORKER RIGHTS LLP**
MARCO A. PALAU (Bar No. 242340)
  marco@advocatesforworkers.com
JOSEPH D. SUTTON (Bar No. 269951)
  jds@advocatesforworkers.com
ERIC S. TRABUCCO (Bar No. 295473)
  est@advocatesforworkers.com
212 9th Street, Suite 314
Oakland, California 94607
Telephone: (510) 269-4200

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION

| | |
|---|---|
| ALICIA ARREDONDO, individually and acting in the interest of other current and former employees,<br><br>vs.<br><br>SOUTHWESTERN & PACIFIC SPECIALTY FINANCE, INC.; CHECK 'N GO OF CALIFORNIA, INC. and DOES 1 through 20, inclusive,<br><br>Defendant. | Case No. 1:18-CV-01737-DAD-SKO<br><br>**NOTICE OF MOTION & MOTION FOR PRELIMINARY APPROVAL OF CLASS SETTLEMENT**<br><br>Date:       July 7, 2021<br>Time:      9:30 a.m.<br>Location:  Courtroom 7, 6th Floor<br>              2500 Tulare Street<br>              Fresno, CA 93721<br><br>Before Magistrate Judge Sheila K. Oberto |

**PLEASE TAKE NOTICE THAT** a hearing will be held on the motion of Plaintiff Alicia Arredondo ("Plaintiff") for an order granting preliminary approval of a class action settlement pursuant to FRCP 23(e) on July 7, 2021 at 9:30 a.m. in Courtroom Seven on the 6th Floor of the United States District Court for the Eastern District of California, located at 2500 Tulare Street, Fresno, CA 93721.

Plaintiff's counsel will, and hereby does, respectfully move the Court to grant preliminary approval the Parties' settlement. Specifically, Plaintiff's counsel requests that the Court grant this motion in its entirety and enter an order: (1) conditionally certifying the Rule 23 Settlement Class; (2) granting preliminary approval of the proposed Settlement; (4) appointing Plaintiff Alicia Arredondo as the Class Representative; (5) appointing Advocates for Worker Rights LLP and the Ottinger Law Firm as co-Class Counsel; (6) approving and directing the mailing of the Class Notice and related materials; (7) appointing Phoenix as the Settlement Administrator; (8); scheduling the Final Approval Hearing at a date available and convenient for the Court.

Plaintiff makes this Motion on the grounds that the proposed settlement is fair, adequate and reasonable. This Motion is based upon this Notice of Motion and Motion for Preliminary Approval of Class Action Settlement; the Memorandum of Points and Authorities in Support Thereof; the Declaration of Joseph D. Sutton in Support thereof; the arguments of counsel; the complete files and records in the above-captioned matter; and such additional matters as the Court may consider.

Dated: June 8, 2021                      **ADVOCATES FOR WORKER RIGHTS LLP**

                                                   Joseph D. Sutton
                                                   Attorneys for Plaintiffs