**THE OTTINGER FIRM, P.C.**
Robert W. Ottinger (SBN 156825)
Daniel H. Galindo (SBN 322260)
535 Mission Street
San Francisco, CA 94105
robert@ottingerlaw.com
danielg@ottingerlaw.com
Tel: 415-325-2088
Fax: 212-571-0505

**ADVOCATES FOR WORKER RIGHTS LLP**
MARCO A. PALAU (Bar No. 242340)
  marco@advocatesforworkers.com
JOSEPH D. SUTTON (Bar No. 269951)
  jds@advocatesforworkers.com
ERIC S. TRABUCCO (Bar No. 295473)
  est@advocatesforworkers.com
212 9th Street, Suite 314
Oakland, California 94607
Telephone: (510) 269-4200
Facsimile: (408) 657-4684

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION

| | |
|---|---|
| ALICIA ARRENDONDO, individually and acting in the interest of other current and former employees,<br><br>Plaintiff,<br><br>v.<br><br>SOUTHWESTERN & PACIFIC SPECIALITY FINANCE, INC.; CHECK 'N GO OF CALIFORNIA, INC. and DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 1:18-CV-01737-DAD-SKO<br><br>**STIPULATION AND ORDER RE: PLAINTIFF FILING A SECOND AMENDED COMPLAINT**<br><br>(Doc. 46) |

The parties to the above entitled action, through their respective counsel of record, hereby enter into the following stipulation: The parties stipulate that Plaintiff Alicia Arredondo may file her Second Amended Complaint which adds class allegations for purposes of settlement.

IT IS SO STIPULATED.

Dated: June 29, 2021  **ADVOCATES FOR WORKER RIGHTS LLP**

By: */s/ Joseph D. Sutton*
Joseph D. Sutton
Attorney for Plaintiff

Dated: June 29, 2021  **SHEPPARD MULLIN LLP**

By: */s/ Amanda Beckwith*
Amanda Beckwith
Attorney for Defendants Southwestern &
Pacific Specialty Finance, Inc.

**ORDER**

Pursuant to the parties' above stipulation (Doc. 46), and for good cause shown,

IT IS HEREBY ORDERED that Plaintiff may file her Second Amended Complaint, adding class allegations, by no later than seven (7) days from the date of this order.

IT IS SO ORDERED.

Dated: __**June 29, 2021**__                    ____/s/ *Sheila K. Oberto*____
                                         UNITED STATES MAGISTRATE JUDGE