**THE OTTINGER FIRM, P.C.**
ROBERT OTTINGER (SBN 156825)
535 Mission Street
San Francisco, CA 94133
Tel: (415) 262-0096
Fax: (212) 571-0505
Email: robert@ottingerlaw.com

**ADVOCATES FOR WORKER RIGHTS LLP**
MARCO A. PALAU (Bar No. 242340)
　marco@advocatesforworkers.com
JOSEPH D. SUTTON (Bar No. 269951)
　jds@advocatesforworkers.com
ERIC S. TRABUCCO (Bar No. 295473)
　est@advocatesforworkers.com
212 9th Street, Suite 314
Oakland, California 94607
Telephone: (510) 269-4200

Attorneys for Plaintiff Alicia Arredondo

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA—FRESNO DIVISION

| | |
|---|---|
| ALICIA ARREDONDO, individually and acting in the interest of other current and former employees,<br><br>　　　　vs.<br><br>SOUTHWESTERN & PACIFIC SPECIALTY FINANCE, INC.; CHECK 'N GO OF CALIFORNIA, INC. and DOES 1 through 20, inclusive,<br><br>　　　　　Defendants. | Case No. 1:18-CV-01737-DAD-SKO<br><br>**UNOPPOSED NOTICE OF MOTION & MOTION FOR FINAL APPROVAL OF CLASS/PAGA SETTLEMENT, PLAINTIFF'S SERVICE AWARD, PLAINTIFFS' COUNSEL'S FEES & COSTS**<br><br>Date:　　　　May 16, 2022<br>Time:　　　　2:30 p.m.<br>Location:　　Courtroom 5, 7th Floor<br>　　　　　　　2500 Tulare Street<br>　　　　　　　Fresno, CA 93721<br><br>Before the Honorable Judge Dale A. Drozd |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that on May 16, 2022 at 2:30 p.m., in Courtroom 5 of the Honorable Dale A. Drozd, located on the 7th floor of 2500 Tulare Street, Fresno, California 93721, pursuant to Local Rule 230(b), Plaintiff Alicia Arredondo, on behalf of herself and all others similarly situated, will and hereby does move the Court to: (1) grant final approval of the Settlement Agreement between the Plaintiff and Defendant Southwestern & Pacific Specialty Finance, Inc. settling the class and representative claims under California law alleged in this case; (2) grant a service award of $10,000 to named plaintiff Alicia Arredondo; and (3) grant Plaintiffs' counsel's request for an attorneys' fee award of $416,666.25 and litigation costs of $11.101.30. This Motion is noticed to be heard along with Plaintiff's Motion for Attorneys' Fees and Costs.

The Court preliminarily approved the Settlement Agreement by Order dated February 9, 2022, 2021. (Doc. No. 55). Since then, Notice has been provided to the Class Members and in accordance with the preliminary approval order. No Class Member has objected to any of the proposed terms of the Settlement outlined in the Class Notice, including the proposed attorneys' fee and cost award and Plaintiffs' service award, and no Class Member has requested exclusion from the Settlement.

This Motion is based upon: the Notice of Motion; Memorandum of Points and Authorities in Support Thereof; the Declaration of Joseph D. Sutton in support of the Motion; the Declaration of Robert Ottinger; the Claims Administrator Declaration of Kevin Lee of Phoenix Settlement Administrators in support of the Motion; the declaration of plaintiff Alicia Arredondo and such argument of counsel as the Court may hear; the complete files, records, and pleadings in the above-captioned matter; and such additional matters as the Court may consider. A Proposed Order is submitted herewith.

Dated: April 18, 2022                    **ADVOCATES FOR WORKER RIGHTS LLP**

                        */s/ Joseph D. Sutton*
                        Joseph D. Sutton
                        Attorneys for Plaintiffs